UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACGREGOR FAMILY LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ABIGAIL G. STEPHENSON,<br><br>    Defendant. | Case No. 18-cv-00446-VC<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 39 |

Sisam & Associates, Edwin Sisam, and Joshua Sisam are ordered to show cause why they should not be held in contempt of court and sanctioned for their apparent efforts to thwart the arbitration of the plaintiff's claims. The Sisam defendants must file a written response to this order by February 7, 2019. A hearing on the order to show cause will take place on February 14, 2019, at 10:00 a.m. in Courtroom 04, 17th Floor, San Francisco.

**IT IS SO ORDERED.**

Dated: January 25, 2019

VINCE CHHABRIA
United States District Judge