UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACGREGOR FAMILY LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>ABIGAIL G. STEPHENSON,<br><br>    Defendant. | Case No. 18-cv-00446-VC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ORDER TO SHOW CAUSE** |

The case management conference is continued to March 8, 2023. A joint case management statement is due March 1. If the arbitration has not concluded by then, the plaintiffs' section of the case management statement must show cause why the claims against Stephenson should not be dismissed.

  **IT IS SO ORDERED.**

Dated: January 6, 2023

                             _____
                             VINCE CHHABRIA
                             United States District Judge