William Gwire, SBN 59451 *(gwire@gwirelaw.com)*
Gwire Law Offices
1001 Edmiston Place
Longwood, Florida, 32779
Tel: 415-296-8880

Attorneys for Plaintiff
MACGREGOR FAMILY LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MACGREGOR FAMILY LLC, <br><br> Plaintiff, <br><br> v. <br><br> SISAM & ASSOCIATES, LLP, et al. <br><br> Defendants. | Case No.  c-18-cv-00446-VC <br><br> JOINT DISMISSAL <br><br> WITHOUT PREJUDICE |

## JOINT DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff MacGregor Family, LLC., by and through its undersigned counsel, and Defendant Abigail Stephenson, by and through her undersigned counsel, and being all of the remaining parties to this action, jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action, and each and every count and claims asserted therein by Plaintiff against Defendant Stephenson, be dismissed without prejudice, each party to bear their own costs, expenses and fees.

Respectfully submitted, April 20, 2023

        GWIRE LAW OFFICES

        */s/ William Gwire*
        William Gwire, Attorneys for Plaintiff

Respectfully submitted, April 20, 2023

        KLINEDINST LAW

        */s/ Samuel B. Strohbehn*
        Samuel B. Strohbehn,
        Attorney for Defendant Stephenson

## ORDER

Pursuant to the above stipulation, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss this matter WITHOUT prejudice. All other existing dates and deadlines in this matter are hereby vacated.

IT IS SO ORDERED.

Dated: April 26, 2023   By: _____

        Hon. Vince Chhabria
        United States District Judge